# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of August, two thousand and thirteen.

Before: JULIO M. FUENTES,
        D. BROOKS SMITH,
        D. MICHAEL FISHER,
          *Circuit Judges*.*

_____

Dongguk University,

    Plaintiff - Appellant,

.    v.

Yale University,

    Defendant Appellee.

**JUDGMENT**
Docket No. 12-2698

_____

The appeal in the above captioned case from a judgment of the United States District Court for the District of Connecticut was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in accordance with the opinion of this court.

        For The Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court

_____

\*    The Honorable Julio M. Fuentes, The Honorable D. Brooks Smith, and The Honorable D. Michael Fisher, of the United States Court of Appeals for the Third Circuit sitting by designation.